Order Form (01/2005)

MHN

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 -17 | **DATE** | 12/06/07 |
| **CASE TITLE** | USA vs Michael Cruz | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Michael Cruz appears in response to arrest on 12/06/07. Defendant informed of his rights. Enter order appointing Standish E Willis of the Federal Defender Program/Panel as counsel for defendant. Government seeks detention. Detention hearing to be held on 12/10/07 at 12:00 p.m. Defendant to remain in custody until further order of the Court.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|