# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 - 17 | **DATE** | 12/10/2007 |
| **CASE TITLE** | USA vs. Michael Cruz | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government seeks detention. Detention hearing is continued to 12/14/07 at 10:30 a.m. Defendant to remain in custody pending further order of the court.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|