Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 - 17 | **DATE** | 12/14/2007 |
| **CASE TITLE** | USA vs. Michael Cruz | | |

**DOCKET ENTRY TEXT**

Continued detention hearing held.  Secured bond (property) to be posted. Enter order setting conditions of release. Preliminary examination hearing is set for 01/03/08 at 9:30 a.m.

Docketing to mail notices.

00:05

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|