UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL CRUZ ) | No. 07 CR 799-17 |
| ) | Magistrate Judge Nan R. Nolan |

FILED
JAN 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## FORFEITURE AGREEMENT

Pursuant to the Pretrial Release Order entered in the above-named case on December 14, 2007, and for and in consideration of bond being set by the Court for defendant MICHAEL CRUZ in the amount of $50,000 being fully secured by real property, **FRANCISCA CRUZ (GRANTOR)** hereby warrants and agrees:

1. FRANCISCA CRUZ warrants that she is the sole record owner and titleholder of the real property located at 4417 North Troy Avenue, Unit 2, Chicago, Illinois and described legally as follows:

> PARCEL 1:
> UNIT 4417-2 IN THE 4415-17 NORTH TROY CONDOMINIUMS, AS DELINEATED ON A SURVEY OF THE FOLLOWING DESCRIBED PROPERTY:
>
> LOT 15 IN BLOCK 64 IN NORTHWEST LAND ASSOCIATION SUBDIVISION OF THE WEST ½ OF THE NORTHWEST 1/4 OF SECTION 13, TOWNSHIP 40 NORTH, RANGE 13, EAST OF THE

THIRD PRINCIPAL MERIDIAN (EXCEPT ELEVATED RAILROAD RIGHT OF WAY) ALL IN COOK COUNTY, ILLINOIS, WHICH SURVEY IS ATTACHED TO THE DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT 0626434059, TOGETHER WITH AN UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS.

PARCEL 2:
THE EXCLUSIVE RIGHT TO USE STORAGE SPACE S-5, A LIMITED COMMON ELEMENT AS DELINEATED ON THE SURVEY ATTACHED TO THE DECLARATION AFORESAID RECORDED AS DOCUMENT 0626434059

P.I.N: 13-13-126-013-1006

FRANCISCA CRUZ warrants that there is one outstanding mortgage against the subject property and that her equitable interest in the real property approximately equals $21,000.

2. FRANCISCA CRUZ agrees $21,000 of her equitable interest in the above-described real property, shall be forfeited to the United States of America, should the defendant MICHAEL CRUZ fail to appear as required by the Court or otherwise violate any condition of the Court's order of release. FRANCISCA CRUZ further understands and agrees that, if the defendant MICHAEL CRUZ should violate any condition of the Court's release order, she will be liable to pay the difference between the bond amount of $50,000 and her equitable interest in the property, and FRANCISCA CRUZ hereby agrees to the entry of a default judgment against her for the amount of any such difference. FRANCISCA CRUZ has received a copy of the Court's release order and understands its terms and conditions. Further, the surety understands that the only notice she will receive is notice of court proceedings.

3. FRANCISCA CRUZ further agrees to execute a quitclaim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. FRANCISCA CRUZ understands that should defendant MICHAEL CRUZ fail to appear or otherwise violates any condition of the Court's order of release, the United States will obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

4. FRANCISCA CRUZ further agrees that she will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish her interest therein, including any effort to sell or otherwise convey the property without leave of Court.

5. FRANCISCA CRUZ further understands that if she has knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant MICHAEL CRUZ she is subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury. FRANCISCA CRUZ agrees that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder of Deeds as notice of encumbrance in the amount of the bond.

6. FRANCISCA CRUZ hereby declares under penalty of perjury that she has read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: 12/14/07

FRANCISCA CRUZ
Surety/Grantor

Date: _____

Witness

**Return to:**
Bissell, US Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604